# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO MOISES MICHEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>G. FLOYD, et al.,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-01031 AWI DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Plaintiff Marcelino Moises Michel ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on July 2, 2014.

　　　　On January 22, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.[1]

　　　　Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a court order and for

---

[1] Upon review of the January 22, 2015, order, it appears that in the conclusion, the order incorrectly stated that Plaintiff would be permitted to amend only his gang validation issues. Plaintiff's action does not involve gang validation issues, however, and Plaintiff is permitted to amend his complaint as otherwise discussed throughout the order.

1

failure to prosecute.  Plaintiff SHALL file a response to this order within twenty-one (21) days. Plaintiff may also comply with this order by filing an amended complaint within this time frame.

<u>If Plaintiff fails to respond to this order, the Court will recommend that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: __**March 16, 2015**__                             /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE